# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  BULGAREA, FLORICA MARCELA §     Case No. 08-19992
        CIMPAN, FLORICA MARCELA     §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Room 710
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held on October 28, 2011 at 11:00 a.m. in Courtroom B, Park City Branch Court, 301 Greenleaf Avenue, Park City, IL 60085-5725.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 09/27/11               By:    /s/ Ilene F. Goldstein
                                                                                                                                       Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BULGAREA, FLORICA MARCELA | § | Case No. 08-19992 |
| | § | |
| CIMPAN, FLORICA MARCELA | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 141,304.05 |
| *and approved disbursements of* | $ 32,846.85 |
| *leaving a balance on hand of* [1] | $ 108,457.20 |
| **Balance on hand:** | $ 108,457.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Delaware Place Bank | 8,753.03 | 0.00 | 0.00 | 0.00 |
| 8 | Bank of America f/k/a LaSalle Bank, N.A. | 83,269.22 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 108,457.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 11,973.69 | 0.00 | 11,973.69 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 19,824.50 | 9,228.50 | 10,596.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 273.03 | 183.20 | 89.83 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 851.00 | 0.00 | 851.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 80.00 | 0.00 | 80.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 23,590.52 |
| Remaining balance: | $ 84,866.68 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 84,866.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 84,866.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 298,526.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | 2,808.25 | 0.00 | 798.35 |
| 2 | PYOD LLC its successors and assigns as assignee of | 4,841.82 | 0.00 | 1,376.46 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7,065.76 | 0.00 | 2,008.69 |
| 4 | PYOD LLC its successors and assigns as assignee of | 5,331.66 | 0.00 | 1,515.71 |
| 5 | PYOD LLC its successors and assigns as assignee of | 1,078.78 | 0.00 | 306.68 |
| 7 | National City Mortgage | 249,945.71 | 0.00 | 71,055.85 |
| 9 | eCAST Settlement Corporation assignee of HSBC | 7,735.47 | 0.00 | 2,199.08 |
| 10 | Chase Bank USA,N.A. | 2,516.23 | 0.00 | 715.33 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 12 | American Express Bank FSB | 4,120.99 | 0.00 | 1,171.54 |
| 13 | American Express Bank FSB | 6,660.61 | 0.00 | 1,893.51 |
| 14 | Recovery Management Systems Corporation | 1,248.64 | 0.00 | 354.97 |
| 15 | Recovery Management Systems Corporation | 2,172.66 | 0.00 | 617.65 |

Total to be paid for timely general unsecured claims: $ 84,866.68
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-19992-ABG
Florica Marcela Bulgarea                                            Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: vrowe            Page 1 of 2            Date Rcvd: Sep 28, 2011
                              Form ID: pdf006        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2011.
db          +Florica Marcela Bulgarea,   304 Oak Grove Drive,   Wauconda, IL 60084-2398
aty         +Ilene F Goldstein,   Ilene F Goldstein Chartered,   850 Central Avenue,   Suite 200,
              Highland Park, IL 60035-3278
aty         +Joel A Schechter, ESQ,   Law Offices Of Joel Schechter,   53 W Jackson Blvd Ste 1522,
              Chicago, IL 60604-3761
tr          +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
              Highland Park, IL 60035-3278
tr          +Ilene F. Goldstein,   850 Central Street #200,   Highland Park, IL 60035-3278
12474179     American Expess Bank FSB,   POB 3001,   Malvern, PA 19355-0701
14048318     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13959452    +Bank of America f/k/a LaSalle Bank, N.A.,   c/o Kamm, Shapiro & Demuth, Ltd.,
              17 North State Street, Suite 990,   Chicago, IL 60602-3569
12474181     Carson Pirie Scott,   10-3412-3591,   P.O. Box 17264,   Baltimore, MD 21297-1264
14017896    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
12474183     Cit Bank,   00008402480803,   P.O. Box 24330,   Oklahoma City, OK 73124-0330
12474184     Citgo,   401-100-821,   P.O. Box 689095,   Des Moines, IA 50368-9095
12474185    +Citi Cards,   5210755014533587,   P.O. Box 45129,   Jacksonville, FL 32232-5129
12474186    +Delaware Place Bank,   70-012145-9,   P.O. Box 9328,   Lombard IL 60148-9328
12474187     Fifth Third Bank,   5467 0001 8503 1452,   P.O. Box 740789,   Cincinnati, OH 45274-0789
12474189     HSBC Retail Services,   xxxxxx 0996,   P.O. Box 5244,   Carol Stream, IL 60197-5244
12474188     Home Depot Credit Services,   6035 3202 0789 0839,   P.O. Box 689100,   Des Moines, IA 50364-9100
12474190     Infinity Financial,   2900 9246 969,   P.O. Box 9001133,   Louisville KY 40290-1133
12474193    +LaSalle Bank NA,   205-07301-372004,   135 S. LaSalle St.,   Chicago, IL 60603-4514
12474194     Lord & Taylor,   725 324 538 0,   P.O. Box 960035,   Orlando, FL 32896-0035
12474195    +National City Mortgage,   0002472754,   P.O. Box 1820,   Dayton OH 45401-1820
13934738    +National City Mortgage,   c/o Pierce & Associates, P.C.,   One North Dearborn, Suite #1300,
              Chicago, IL 60602-4321
13989130     eCAST Settlement Corporation assignee of HSBC,   CONSUMER LENDING (USA) INC,   POB 35480,
              Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: DANATLAW@AOL.COM Sep 29 2011 03:39:37      Daniel K Robin,   Daniel K Robin Ltd,
              121 S Wilke Rd #201,   Arlington Heights, IL 60005-1525
14030699     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2011 04:44:49
              FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
              Oklahoma City, OK 73124-8809
12474191     E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2011 03:55:30      JC Penney,   476 139 665 61,
              P.O. Box 960090,   Orlando, FL 32896-0090
12474192    +E-mail/PDF: cr-bankruptcy@kohls.com Sep 29 2011 04:14:51      Kohl's,   032-6114-832,
              P.O. Box 2983,   Milwaukee, WI 53201-2983
12474196    +E-mail/Text: bnc@nordstrom.com Sep 29 2011 03:24:54      Nordstrom,   2153 49 423,
              P.O. Box 79134,   Phoenix, AZ 85062-9134
13807319    +E-mail/Text: bnc@nordstrom.com Sep 29 2011 03:24:54      Nordstrom fsb,   PO Box 6566,
              Englewood, CO 80155-6566
13834780    +E-mail/Text: resurgentbknotifications@resurgent.com Sep 29 2011 03:24:04
              PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
14160768    +E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2011 04:24:50
              Recovery Management Systems Corporation,   For GE Money Bank,   dba LORD & TAYLOR,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14160619    +E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2011 04:24:51
              Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12474182     Catalin Bulgarea,   0002472754,   unknown
aty*        +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
              Highland Park, IL 60035-3278
12474180    ##Bank of America,   4313 5130 1519 7466,   P.O. Box 37279,   Baltimore, MD 21297-3279
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: vrowe              Page 2 of 2              Date Rcvd: Sep 28, 2011
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2011**                    **Signature:**    _/s/ Joseph Speetjens_