# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: BULGAREA, FLORICA MARCELA | § Case No. 08-19992 |
| | § |
| CIMPAN, FLORICA MARCELA | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $1,490.00 |
| Total Distribution to Claimants: $85,169.29 | Claims Discharged Without Payment: $213,357.29 |
| Total Expenses of Administration: $56,137.37 | |

    3) Total gross receipts of $ 141,306.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $141,306.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $92,022.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 56,437.37 | 56,137.37 | 56,137.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 298,526.58 | 298,526.58 | 85,169.29 |
| **TOTAL DISBURSEMENTS** | $0.00 | $446,986.20 | $354,663.95 | $141,306.66 |

    4) This case was originally filed under Chapter 7 on July 31, 2008. The case was pending for 43 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2012          By: /s/ILENE F. GOLDSTEIN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 141,284.56 |
| Interest Income | 1270-000 | 22.10 |
| **TOTAL GROSS RECEIPTS** | | **$141,306.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Delaware Place Bank | 4110-000 | N/A | 8,753.03 | 0.00 | 0.00 |
| 8 | Bank of America f/k/a LaSalle Bank, N.A. | 4110-000 | N/A | 83,269.22 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$92,022.25** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 11,973.69 | 11,973.69 | 11,973.69 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 19,824.50 | 19,524.50 | 19,524.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 273.03 | 273.03 | 273.03 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Joel Schechter | 3210-600 | N/A | 23,047.50 | 23,047.50 | 23,047.50 |
| Joel Schechter | 3220-610 | N/A | 256.18 | 256.18 | 256.18 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 851.00 | 851.00 | 851.00 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 80.00 | 80.00 | 80.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 131.47 | 131.47 | 131.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 56,437.37 | 56,137.37 | 56,137.37 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | N/A | 2,808.25 | 2,808.25 | 801.19 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,841.82 | 4,841.82 | 1,381.37 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 7,065.76 | 7,065.76 | 2,015.85 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 5,331.66 | 5,331.66 | 1,521.12 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,078.78 | 1,078.78 | 307.77 |
| 7 | National City Mortgage | 7100-000 | N/A | 249,945.71 | 249,945.71 | 71,309.22 |
| 9 | eCAST Settlement Corporation assignee of HSBC | 7100-000 | N/A | 7,735.47 | 7,735.47 | 2,206.92 |
| 10 | Chase Bank USA,N.A. | 7100-000 | N/A | 2,516.23 | 2,516.23 | 717.88 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 3,000.00 | 3,000.00 | 855.90 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | American Express Bank FSB | 7100-000 | N/A | 4,120.99 | 4,120.99 | 1,175.71 |
| 13 | American Express Bank FSB | 7100-000 | N/A | 6,660.61 | 6,660.61 | 1,900.26 |
| 14 | Recovery Management Systems Corporation | 7100-000 | N/A | 1,248.64 | 1,248.64 | 356.24 |
| 15 | Recovery Management Systems Corporation | 7100-000 | N/A | 2,172.66 | 2,172.66 | 619.86 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 298,526.58 | 298,526.58 | 85,169.29 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-19992  
**Case Name:** BULGAREA, FLORICA MARCELA  

**Period Ending:** 02/15/12

**Trustee:**  (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/31/08 (f)  
**§341(a) Meeting Date:** 09/05/08  
**Claims Bar Date:** 07/15/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | RESIDENCE<br>325 Garrison Circle, Port Barrington, IL 60010, for sale for $349,000 with no bidders | 350,000.00 | 25,000.00 | | 141,284.56 | FA |
| 2 | CASH ON HAND<br>nominal cash | 50.00 | 50.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>checking 5th 3rd Bank | 90.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>checking and savings at LaSalle Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS<br>misc furniture furnishings and electronics | 500.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL AND JEWELRY<br>clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL AND JEWELRY<br>personal jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES<br>employer supplied life ins. | 1.00 | 1.00 | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES<br>2005 Honda Ridgeline | 11,000.00 | 0.00 | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES<br>lease of 2006 Infinity | 1.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 22.10 | FA |
| 11 | Assets    Totals (Excluding unknown values) | **$362,542.00** | **$25,051.00** | | **$141,306.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: FINAL REPORT FILED; FUNDS DISBURSED. CHECKS DISBURSED OCTOBER 28, 2011 AND WAITING FOR ZERO BANK STATEMENT.  FINAL ACCOUNT WILL BE FILED WITHIN THE NEXT 30 DAYS

Printed: 02/15/2012 02:34 PM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-19992  
**Case Name:** BULGAREA, FLORICA MARCELA  

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/31/08 (f)  
**§341(a) Meeting Date:** 09/05/08  

**Period Ending:** 02/15/12  
**Claims Bar Date:** 07/15/09  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   September 27, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-19992  
**Case Name:** BULGAREA, FLORICA MARCELA  

**Taxpayer ID #:** **-***7071  
**Period Ending:** 02/15/12  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/10 | {1} | Chicago Title forRicchetti | SALE OF REAL ESTATE | 1110-000 | 141,284.56 | | 141,284.56 |
| 12/17/10 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | | 3110-000 | | 9,228.50 | 132,056.06 |
| 12/17/10 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | | 3120-000 | | 183.20 | 131,872.86 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.88 | | 131,874.74 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.36 | | 131,878.10 |
| 02/04/11 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #08-19992, Bond Premiums | 2300-000 | | 131.47 | 131,746.63 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.03 | | 131,749.66 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.35 | | 131,753.01 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.24 | | 131,756.25 |
| 05/02/11 | 1004 | Joel Schechter | FEES | 3210-600 | | 23,047.50 | 108,708.75 |
| 05/02/11 | 1005 | Joel Schechter | EXPENSES | 3220-610 | | 256.18 | 108,452.57 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.82 | | 108,455.39 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.89 | | 108,456.28 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.92 | | 108,457.20 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.92 | | 108,458.12 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.89 | | 108,459.01 |
| 10/28/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.80 | | 108,459.81 |
| 10/28/11 | | To Account #9200******0566 | TRANSFER TO CHECKING | 9999-000 | | 108,459.81 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 141,306.66 | 141,306.66 | $0.00 |
| Less: Bank Transfers | 0.00 | 108,459.81 | |
| Subtotal | 141,306.66 | 32,846.85 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $141,306.66 | $32,846.85 | |

{} Asset reference(s)

Printed: 02/15/2012 02:34 PM     V.12.57

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-19992  
**Case Name:** BULGAREA, FLORICA MARCELA  
**Taxpayer ID #:** **-***7071  
**Period Ending:** 02/15/12  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******05-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/11 |  | From Account #9200******0565 | TRANSFER TO CHECKING | 9999-000 | 108,459.81 |  | 108,459.81 |
| 10/28/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $11,973.69, Trustee Compensation;  Reference: | 2100-000 |  | 11,973.69 | 96,486.12 |
| 10/28/11 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $19,524.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 10,296.00 | 86,190.12 |
| 10/28/11 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $273.03, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 89.83 | 86,100.29 |
| 10/28/11 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $851.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 |  | 851.00 | 85,249.29 |
| 10/28/11 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $80.00, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 |  | 80.00 | 85,169.29 |
| 10/28/11 | 106 | Nordstrom fsb | Dividend paid  28.52% on $2,808.25; Claim# 1; Filed: $2,808.25; Reference: | 7100-000 |  | 801.19 | 84,368.10 |
| 10/28/11 | 107 | PYOD LLC its successors and assigns as assignee of | Dividend paid  28.52% on $4,841.82; Claim# 2; Filed: $4,841.82; Reference: | 7100-000 |  | 1,381.37 | 82,986.73 |
| 10/28/11 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid  28.52% on $7,065.76; Claim# 3; Filed: $7,065.76; Reference: | 7100-000 |  | 2,015.85 | 80,970.88 |
| 10/28/11 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid  28.52% on $5,331.66; Claim# 4; Filed: $5,331.66; Reference: | 7100-000 |  | 1,521.12 | 79,449.76 |
| 10/28/11 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid  28.52% on $1,078.78; Claim# 5; Filed: $1,078.78; Reference: | 7100-000 |  | 307.77 | 79,141.99 |
| 10/28/11 | 111 | National City Mortgage | Dividend paid  28.52% on $249,945.71; Claim# 7; Filed: $249,945.71; Reference: | 7100-000 |  | 71,309.22 | 7,832.77 |
| 10/28/11 | 112 | eCAST Settlement Corporation assignee of HSBC | Dividend paid  28.52% on $7,735.47; Claim# 9; Filed: $7,735.47; Reference: | 7100-000 |  | 2,206.92 | 5,625.85 |
| 10/28/11 | 113 | Chase Bank USA,N.A. | Dividend paid  28.52% on $2,516.23; Claim# 10; Filed: $2,516.23; Reference: | 7100-000 |  | 717.88 | 4,907.97 |
| 10/28/11 | 114 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  28.52% on $3,000.00; Claim# 11; Filed: $3,000.00; Reference: | 7100-000 |  | 855.90 | 4,052.07 |
| 10/28/11 | 115 | American Express Bank FSB | Dividend paid  28.52% on $4,120.99; Claim# 12; Filed: $4,120.99; Reference: | 7100-000 |  | 1,175.71 | 2,876.36 |
| 10/28/11 | 116 | American Express Bank FSB | Dividend paid  28.52% on $6,660.61; Claim# 13; Filed: $6,660.61; Reference: | 7100-000 |  | 1,900.26 | 976.10 |
| 10/28/11 | 117 | Recovery Management Systems Corporation | Dividend paid  28.52% on $1,248.64; Claim# 14; Filed: $1,248.64; Reference: | 7100-000 |  | 356.24 | 619.86 |
| 10/28/11 | 118 | Recovery Management Systems Corporation | Dividend paid  28.52% on $2,172.66; Claim# 15; Filed: $2,172.66; Reference: | 7100-000 |  | 619.86 | 0.00 |

Subtotals :   $108,459.81   $108,459.81

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-19992 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** BULGAREA, FLORICA MARCELA | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******05-66 - Checking Account |
| **Taxpayer ID #:** **-***7071 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 02/15/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 108,459.81 | 108,459.81 | $0.00 |
| | | | Less: Bank Transfers | | 108,459.81 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 108,459.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $108,459.81 | |

Net Receipts :   141,306.66

Net Estate :   $141,306.66

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******05-65** | 141,306.66 | 32,846.85 | 0.00 |
| **Checking # 9200-******05-66** | 0.00 | 108,459.81 | 0.00 |
| | $141,306.66 | $141,306.66 | $0.00 |

{} Asset reference(s)    Printed: 02/15/2012 02:34 PM    V.12.57